# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

132052-53 & (79)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EDWARD HARDGE, JR. and
GWENDOLYN HARDGE
　　　　Plaintiffs-Appellees,

v

WAYNE COUNTY,
　　　　Defendant-Appellant.

SC: 132052-3
COA: 266780, 266808
Wayne CC: 04-414587-NI

_____/

　　　　On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The application for leave to appeal the August 1, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

t1218